**Electronically Filed**
**Supreme Court**
**SCWC-22-0000281**
**08-NOV-2023**
**08:05 AM**
**Dkt. 7 ODAC**

SCWC-22-0000281

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

WAYNE L. DELLACQUA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000281; CASE NOS. 2DTA-20-00926 and 2DTC-21-001262)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, JJ.,
Circuit Judge To'oto'o and Circuit Judge Ochiai,
assigned by reason of vacancies)

Petitioner/Defendant-Appellant Wayne L. Dellacqua's

Application for Writ of Certiorari filed on October 6, 2023, is

rejected.

DATED:  Honolulu, Hawai'i, November 8, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Fa'auuga L. To'oto'o

/s/ Dean E. Ochiai

